# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

134893

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DERRICK LAMOND MITCHELL a/k/a
DERRICK LAMOND MITCHELL-EL,
     Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 134893
COA: 276100
Monroe CC: 98-029618-FH
               99-030238-FH

_____/

     On order of the Court, the application for leave to appeal the July 26, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Defendant is entitled to early parole eligibility under MCR 791.234(13). See *People v Kelly*, 474 Mich 1026 (2006).



s0123

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

_____
Clerk